

# THE THIRTEENTH COURT OF APPEALS

---

## 13-17-00078-CV

---

DHM Hospitality, LLC d/b/a ABV Inn of Corpus Christi, Hasmukh Patel, and Dipak Amthabhai

v.

Vinod Shah, Pravin Surti, and Vipoo Hospitality, Inc.

---

On appeal from the
117th District Court of Nueces County, Texas
Trial Cause No. 2015DCV-0493-B

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

November 29, 2018